UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSE B. OSMER, <br><br> Plaintiff, <br><br> vs <br><br> OFFICER JASON AVERY, et al., <br><br> Defendant. | CV09-5498FDB <br><br><br><br> MINUTE ORDER |

NOW, on this 31st Day of December, 2009, the Court directs the Clerk to enter the following Minute Order:

Plaintiff's Motion for amendment of the scheduling order is granted.

Clerk has issued a new order [Dkt. # 26] with new deadlines.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                                         **/s/ Pat LeFrois**
                                         Pat LeFrois
                                         Courtroom Deputy