# United States District Court

WESTERN DISTRICT OF WASHINGTON

JESSE B. OSMER,

    PLAINTIFF,

        v.

OFFICER JASON AVERY, et al.,

    DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5498FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Summary Judgment [Dkt. # 18, 25] is **GRANTED**. All claims against all Defendants are **DISMISSED WITH PREJUDICE**.

March 22, 2010

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois

Deputy Clerk